| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 32.00 | 14.0000 | 448.00 | 864.00 | 12096.00 |
| | Salary | | | 500.00 | | 11000.00 |
| | Bonus | | | | | 2500.00 |
| | Holiday | 8.00 | 14.0000 | 112.00 | 16.00 | 224.00 |
| | **Total Hours** | 40.00 | | | 880.00 | |
| | **Gross Earnings** | | | 1060.00 | | 25820.00 |
| | **Total Hrs Worked** | 32.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 65.72 | 1600.84 |
| | Medicare | | 15.37 | 374.39 |
| | Fed Income Tax | S 0 | 137.48 | 3116.21 |
| | PA Income Tax | | 32.54 | 792.63 |
| | PA Unemploy | | 0.64 | 15.58 |
| | PA LBENB-Buc L | | 1.00 | 43.70 |
| | PA PHILA-Phi Inc | | 41.14 | 1002.08 |
| | **TOTAL** | | 293.89 | 6945.43 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 766.11 | 18874.57 |

**PERSONAL AND CHECK INFORMATION**
Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 05/24/19 to 05/30/19
Check Date: 06/03/19    Check #: 16468

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 766.11 | 18874.57 |
| **NET PAY** | **766.11** | **18874.57** |

*Payrolls by Paychex, Inc.*
**0025 1300-2127**  AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA  19020 • (215) 245-5055

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 832.00 | 11648.00 |
| Salary | | | 500.00 | | 10500.00 |
| Bonus | | | | | 2500.00 |
| Holiday | | | | 8.00 | 112.00 |
| **Total Hours** | 40.00 | | | 840.00 | |
| **Gross Earnings** | | | 1060.00 | | 24760.00 |
| **Total Hrs Worked** | 40.00 | | | | |

## WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 1535.12 |
| Medicare | | 15.37 | 359.02 |
| Fed Income Tax | S 0 | 137.48 | 2978.73 |
| PA Income Tax | | 32.54 | 760.09 |
| PA Unemploy | | 0.64 | 14.94 |
| PA LBENB-Buc L | | 1.00 | 42.70 |
| PA PHILA-Phi Inc | | 41.14 | 960.94 |
| **TOTAL** | | 293.89 | 6651.54 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 766.11 | 18108.46 |

## PERSONAL AND CHECK INFORMATION

Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 05/17/19 to 05/23/19
Check Date: 05/27/19    Check #: 16459

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 766.11 | 18108.46 |
| **NET PAY** | **766.11** | **18108.46** |

*Payrolls by Paychex, Inc.*

0025 1300-2127  AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA 19020 • (215) 245-5055

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 792.00 | 11088.00 |
| Salary | | | 500.00 | | 10000.00 |
| Bonus | | | | | 2500.00 |
| Holiday | | | | 8.00 | 112.00 |
| **Total Hours** | 40.00 | | | 800.00 | |
| **Gross Earnings** | | | 1060.00 | | 23700.00 |
| **Total Hrs Worked** | 40.00 | | | | |

## WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 1469.40 |
| Medicare | | 15.37 | 343.65 |
| Fed Income Tax | S 0 | 137.48 | 2841.25 |
| PA Income Tax | | 32.54 | 727.55 |
| PA Unemply | | 0.64 | 14.30 |
| PA LBENB-Buc I | | 1.00 | 41.70 |
| PA PHILA-Pri inc | | 41.14 | 919.80 |
| **TOTAL** | | 293.89 | 6357.65 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 766.11 | 17342.35 |

## PERSONAL AND CHECK INFORMATION

Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 05/10/19 to 05/16/19
Check Date: 05/20/19    Check #: 16450

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 766.11 | 17342.35 |
| **NET PAY** | **766.11** | **17342.35** |

*Payrolls by Paychex, Inc.*

0025 1300-2127  AFAB Industrial Services Inc • 350 Carner Drive • Bensalem PA 19020 • (215) 245-5055

**PERSONAL AND CHECK INFORMATION**

Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 05/03/19 to 05/09/19    Check #: 16441
Check Date: 05/13/19

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 766.11 | 16576.24 |
| NET PAY | 766.11 | 16576.24 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 752.00 | 10528.00 |
| Salary | | | 500.00 | | 9500.00 |
| Bonus | | | | | 2500.00 |
| Holiday | | | | 8.00 | 112.00 |
| **Total Hours** | 40.00 | | | 760.00 | |
| **Gross Earnings** | | | 1060.00 | | 22640.00 |
| **Total Hrs Worked** | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 1403.68 |
| Medicare | | 15.37 | 328.28 |
| Fed Income Tax | S 0 | 137.48 | 2703.77 |
| PA Income Tax | | 32.54 | 695.01 |
| PA Unemploy | | 0.64 | 13.66 |
| PA LBENB-Buc L | | 1.00 | 40.70 |
| PA PHILA-Phi Inc | | 41.14 | 878.66 |
| TOTAL | | 293.89 | 6063.76 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 766.11 | 16576.24 |

Payrolls by Paychex, Inc.

0025 1300-2127  AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA  19020 • (215) 245-5055

**PERSONAL AND CHECK INFORMATION**

Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 04/26/19 to 05/02/19    Check Date: 05/06/19    Check #: 16426

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 404.03 | 15810.13 |
| NET PAY | 404.03 | 15810.13 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | 712.00 | 9968.00 |
| Salary | | | | | 9000.00 |
| Bonus | | | 500.00 | | 2500.00 |
| Holiday | | | | 8.00 | 112.00 |
| Total Hours | | | | 720.00 | |
| Gross Earnings | | | 500.00 | | 21580.00 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 31.00 | 1337.96 |
| Medicare | | 7.25 | 312.91 |
| Fed Income Tax | S 0 | 18.33 | 2566.29 |
| PA Income Tax | | 15.35 | 662.47 |
| PA Unemploy | | 0.30 | 13.02 |
| PA LBENB-Buc L | | 4.34 | 39.70 |
| PA PHILA-Phi Inc | | 19.40 | 837.52 |
| TOTAL | | 95.97 | 5769.87 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 404.03 | 15810.13 |

*Payrolls by Paychex, Inc.*

0025 1300-2127  AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA 19020 • (215) 245-5055

**PERSONAL AND CHECK INFORMATION**
Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 04/26/19 to 05/02/19    Check #: 16425
Check Date: 05/06/19

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 766.11 | 15406.10 |
| NET PAY | 766.11 | 15406.10 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 712.00 | 9968.00 |
| Salary | | | 500.00 | | 9000.00 |
| Bonus | | | | | 2000.00 |
| Holiday | | | | 8.00 | 112.00 |
| **Total Hours** | 40.00 | | | 720.00 | |
| **Gross Earnings** | | | 1060.00 | | 21080.00 |
| **Total Hrs Worked** | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 1306.96 |
| Medicare | | 15.37 | 305.66 |
| Fed Income Tax | S 0 | 137.48 | 2547.96 |
| PA Income Tax | | 32.54 | 647.12 |
| PA Unemploy | | 0.64 | 12.72 |
| PA LBENB-Buc L | | 1.00 | 35.36 |
| PA PHILA-Phi Inc | | 41.14 | 818.12 |
| **TOTAL** | | 293.89 | 5673.90 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 766.11 | 15406.10 |

*Payrolls by Paychex, Inc.*

0025 1300-2127  AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA 19020 • (215) 245-5055

## PERSONAL AND CHECK INFORMATION

Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 04/19/19 to 04/25/19
Check Date: 04/29/19    Check #: 16416

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 766.11 | 14639.99 |
| NET PAY | 766.11 | 14639.99 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 672.00 | 9408.00 |
| Salary | | | 500.00 | | 8500.00 |
| Bonus | | | | | 2000.00 |
| Holiday | | | | 8.00 | 112.00 |
| **Total Hours** | 40.00 | | | | |
| **Gross Earnings** | | | 1060.00 | 680.00 | 20020.00 |
| **Total Hrs Worked** | 40.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 1241.24 |
| Medicare | | 15.37 | 290.29 |
| Fed Income Tax | S 0 | 137.48 | 2410.48 |
| PA Income Tax | | 32.54 | 614.58 |
| PA Unemploy | | 0.64 | 12.08 |
| PA LBENB-Buc L | | 1.00 | 34.36 |
| PA PHILA-Phi Inc | | 41.14 | 776.98 |
| **TOTAL** | | 293.89 | 5380.01 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **766.11** | **14639.99** |

*Payrolls by Paychex, Inc.*

0025 1300-2127  AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA 19020 • (215) 245-5055

**PERSONAL AND CHECK INFORMATION**

Julio M Garcia
908 E Sunger St
Philadelphia, PA  19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 04/12/19 to 04/18/19    Check #: 16407
Check Date: 04/22/19

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 766.11 | 13873.88 |
| NET PAY | 766.11 | 13873.88 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 632.00 | 8848.00 |
| Salary | | | 500.00 | | 8000.00 |
| Bonus | | | | | 2000.00 |
| Holiday | | | | 8.00 | 112.00 |
| **Total Hours** | 40.00 | | | 640.00 | |
| **Gross Earnings** | | | 1060.00 | | 18960.00 |
| **Total Hrs Worked** | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 1175.52 |
| Medicare | | 15.37 | 274.92 |
| Fed Income Tax | S 0 | 137.48 | 2273.00 |
| PA Income Tax | | 32.54 | 582.04 |
| PA Unemploy | | 0.64 | 11.44 |
| PA LBENB-Buc L | | 1.00 | 33.36 |
| PA PHILA-Phi Inc | | 41.14 | 735.84 |
| **TOTAL** | | 293.89 | 5086.12 |

**NET PAY**    THIS PERIOD ($)  766.11    YTD ($)  13873.88

**PERSONAL AND CHECK INFORMATION**
Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 04/05/19 to 04/11/19    Check #: 16398
Check Date: 04/15/19

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 766.11 | 13107.77 |
| NET PAY | 766.11 | 13107.77 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 592.00 | 8288.00 |
| Salary | | | 500.00 | | 7500.00 |
| Bonus | | | | | 2000.00 |
| Holiday | | | | 8.00 | 112.00 |
| **Total Hours** | 40.00 | | | | |
| **Gross Earnings** | | | 1060.00 | | 17900.00 |
| **Total Hrs Worked** | 40.00 | | | 600.00 | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 1109.80 |
| Medicare | | 15.37 | 259.55 |
| Fed Income Tax | S 0 | 137.48 | 2135.52 |
| PA Income Tax | | 32.54 | 549.50 |
| PA Unemploy | | 0.64 | 10.80 |
| PA LBENB-Buc L | | 1.00 | 32.36 |
| PA PHILA-Phi Inc | | 41.14 | 694.70 |
| **TOTAL** | | 293.89 | 4792.23 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 766.11 | 13107.77 |

*Payrolls by Paychex, Inc.*

0025 1300-2127    AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA 19020 • (215) 245-5055

**PERSONAL AND CHECK INFORMATION**
Julio M Garcia
908 E Sunger St
Philadelphia, PA  19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 03/29/19 to 04/04/19
Check Date: 04/08/19    Check #: 16383

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 404.03 | 12341.66 |
| **NET PAY** | **404.03** | **12341.66** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | 552.00 | 7728.00 |
| Salary | | | | | 7000.00 |
| Bonus | | | 500.00 | | 2000.00 |
| Holiday | | | | 8.00 | 112.00 |
| **Total Hours** | | | | 560.00 | |
| **Gross Earnings** | | | 500.00 | | 16840.00 |
| **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 31.00 | 1044.08 |
| Medicare | | 7.25 | 244.18 |
| Fed Income Tax | S 0 | 18.33 | 1998.04 |
| PA Income Tax | | 15.35 | 516.96 |
| PA Unemploy | | 0.30 | 10.16 |
| PA LBENB-Buc L | | 4.34 | 31.36 |
| PA PHILA-Phi Inc | | 19.40 | 653.56 |
| **TOTAL** | | **95.97** | **4498.34** |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **404.03** | **12341.66** |

*Payrolls by Paychex, Inc.*

0025 1300-2127  AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA  19020 • (215) 245-5055

## PERSONAL AND CHECK INFORMATION

Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 03/29/19 to 04/04/19
Check Date: 04/08/19    Check #: 16382

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 766.11 | 11937.63 |
| **NET PAY** | **766.11** | **11937.63** |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 552.00 | 7728.00 |
| Salary | | | 500.00 | | 7000.00 |
| Bonus | | | | | 1500.00 |
| Holiday | | | | 8.00 | 112.00 |
| **Total Hours** | 40.00 | | | 560.00 | |
| **Gross Earnings** | | | 1060.00 | | 16340.00 |
| **Total Hrs Worked** | 40.00 | | | | |

## WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 1013.08 |
| Medicare | | 15.37 | 236.93 |
| Fed Income Tax | S 0 | 137.48 | 1979.71 |
| PA Income Tax | | 32.54 | 501.61 |
| PA Unemploy | | 0.64 | 9.86 |
| PA LBENB-Buc L | | 1.00 | 27.02 |
| PA PHILA-Phi Inc | | 41.14 | 634.16 |
| **TOTAL** | | **293.89** | **4402.37** |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 766.11 | 11937.63 |

*Payrolls by Paychex, Inc.*

0025 1300-2127  AFAB Industrial Services Inc • 350 Carner Drive • Bensalem PA 19020 • (215) 245-5055