→ FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

Julio M Garcia
908 E Stunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 08/09/19 to 08/15/19
Check Date: 08/19/19    Check #: 16581

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 767.22 | 28122.14 |
| **NET PAY** | **767.22** | **28122.14** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 1288.00 | 18032.00 |
| Salary | | | 500.00 | | 16500.00 |
| Bonus | | | | | 3500.00 |
| Holiday | | | | 32.00 | 448.00 |
| **Total Hours** | 40.00 | | | | |
| **Gross Earnings** | | | 1060.00 | 1320.00 | 38480.00 |
| **Total Hrs Worked** | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 2385.76 |
| Medicare | | 15.37 | 557.96 |
| Fed Income Tax | S 0 | 137.48 | 4665.15 |
| PA Income Tax | | 32.54 | 1181.27 |
| PA Unemploy | | 0.64 | 23.22 |
| PA LBENB-Buc L | | | 52.00 |
| PA PHILA-Phi Inc | | 41.03 | 1492.50 |
| **TOTAL** | | 292.78 | 10357.86 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **767.22** | **28122.14** |

→ FOLD AND REMOVE

0025 1300-2127  AFAB Industrial Services Inc • 350 Carner Drive • Bensalem PA 19020 • (215) 245-5055

*Payrolls by Paychex, Inc.*

FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 08/09/19 to 08/15/19
Check Date: 08/19/19    Check #: 16582

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 408.41 | 28530.55 |
| **NET PAY** | **408.41** | **28530.55** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | 1288.00 | 18032.00 |
| Salary | | | 500.00 | | 16500.00 |
| Bonus | | | | | 4000.00 |
| Holiday | | | | 32.00 | 448.00 |
| **Total Hours** | | | | | |
| **Gross Earnings** | | | 500.00 | | 38980.00 |
| **Total Hrs Worked** | | | | 1320.00 | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 31.00 | 2416.76 |
| Medicare | | 7.25 | 565.21 |
| Fed Income Tax | S 0 | 18.33 | 4683.48 |
| PA Income Tax | | 15.35 | 1196.62 |
| PA Unemploy | | 0.30 | 23.52 |
| PA LBENB-Buc L | | | 52.00 |
| PA PHILA-Phi Inc | | 19.36 | 1511.86 |
| **TOTAL** | | 91.59 | 10449.45 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 408.41 | 28530.55 |

FOLD AND REMOVE

0025 1300-2127   AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA  19020 • (215) 245-5055

*Payrolls by Paychex, Inc.*

# PERSONAL AND CHECK INFORMATION

Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 08/02/19 to 08/08/19
Check Date: 08/12/19    Check #: 16572

## NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 767.22 | 27354.92 |
| **NET PAY** | **767.22** | **27354.92** |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | | 17472.00 |
| Salary | | | | 1248.00 | 16000.00 |
| Bonus | | | 500.00 | | 3500.00 |
| Holiday | | | | | 448.00 |
| **Total Hours** | **40.00** | | | | |
| **Gross Earnings** | | | **1060.00** | **1280.00** | **37420.00** |
| Total Hrs Worked | 40.00 | | | 32.00 | |

## WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 2320.04 |
| Medicare | | 15.37 | 542.59 |
| Fed Income Tax | S 0 | 137.48 | 4527.67 |
| PA Income Tax | | 32.54 | 1148.73 |
| PA Unemploy | | 0.64 | 22.58 |
| PA LBENB-Buc L | | | 52.00 |
| PA PHILA-Phi Inc | | 41.03 | 1451.47 |
| **TOTAL** | | **292.78** | **10065.08** |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 767.22 | 27354.92 |

0025 1300-2127   AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA 19020 • (215) 245-5055

*Payrolls by Paychex, Inc.*

## PERSONAL AND CHECK INFORMATION

Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 07/26/19 to 08/01/19
Check Date: 08/05/19    Check #: 16563

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 767.22 | 26587.70 |
| **NET PAY** | **767.22** | **26587.70** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 1208.00 | 16912.00 |
| Salary | | | 500.00 | | 15500.00 |
| Bonus | | | | | 3500.00 |
| Holiday | | | | 32.00 | 448.00 |
| **Total Hours** | 40.00 | | | 1240.00 | |
| **Gross Earnings** | | | 1060.00 | | 36360.00 |
| Total Hrs Worked | 40.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 2254.32 |
| Medicare | | 15.37 | 527.22 |
| Fed Income Tax | S 0 | 137.48 | 4390.19 |
| PA Income Tax | | 32.54 | 1116.19 |
| PA Unemploy | | 0.64 | 21.94 |
| PA LBENB-Buc L | | | 52.00 |
| PA PHILA-Phi Inc | | 41.03 | 1410.44 |
| **TOTAL** | | **292.78** | **9772.30** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 767.22 | 26587.70 |

Payrolls by Paychex, Inc.

0025 1300-2127    AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA 19020 • (215) 245-5055

## PERSONAL AND CHECK INFORMATION

Julio M Garcia
908 E Sunger St
Philadelphia, PA  19124
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 23
**Home Department:** 100 Pennsylvania

Pay Period: 07/19/19 to 07/25/19
Check Date: 07/29/19    Check #: 16554

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 767.22 | 25820.48 |
| **NET PAY** | **767.22** | **25820.48** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 1168.00 | 16352.00 |
| Salary | | | 500.00 | | 15000.00 |
| Bonus | | | | | 3500.00 |
| Holiday | | | | 32.00 | 448.00 |
| **Total Hours** | 40.00 | | | | |
| **Gross Earnings** | | | 1060.00 | 1200.00 | 35300.00 |
| **Total Hrs Worked** | 40.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 2188.60 |
| Medicare | | 15.37 | 511.85 |
| Fed Income Tax | S 0 | 137.48 | 4252.71 |
| PA Income Tax | | 32.54 | 1083.65 |
| PA Unemploy | | 0.64 | 21.30 |
| PA LBENB-Buc L | | | 52.00 |
| PA PHILA-Phi Inc | | 41.03 | 1369.41 |
| **TOTAL** | | 292.78 | 9479.52 |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 767.22 | 25820.48 |

## PERSONAL AND CHECK INFORMATION

Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 07/12/19 to 07/18/19
Check Date: 07/22/19    Check #: 16545

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 767.22 | 25053.26 |
| **NET PAY** | **767.22** | **25053.26** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 1128.00 | 15792.00 |
| Salary | | | 500.00 | | 14500.00 |
| Bonus | | | | | 3500.00 |
| Holiday | | | | 32.00 | 448.00 |
| **Total Hours** | 40.00 | | | 1160.00 | |
| **Gross Earnings** | | | 1060.00 | | 34240.00 |
| Total Hrs Worked | 40.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 2122.88 |
| Medicare | | 15.37 | 496.48 |
| Fed Income Tax | S 0 | 137.48 | 4115.23 |
| PA Income Tax | | 32.54 | 1051.11 |
| PA Unemploy | | 0.64 | 20.66 |
| PA LBENB-Buc L | | | 52.00 |
| PA PHILA-Phi Inc | | 41.03 | 1328.38 |
| **TOTAL** | | **292.78** | **9186.74** |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 767.22 | 25053.26 |

0025 1300-2127  AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA 19020 • (215) 245-5055

Payrolls by Paychex, Inc.

## PERSONAL AND CHECK INFORMATION

Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23
Home Department: 100 Pennsylvania
Pay Period: 07/05/19 to 07/11/19
Check Date: 07/15/19    Check #: 16530

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 408.41 | 24286.04 |
| **NET PAY** | **408.41** | **24286.04** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | 1088.00 | 15232.00 |
| Salary | | | | | 14000.00 |
| Bonus | | | | | 3500.00 |
| Holiday | | | 500.00 | 32.00 | 448.00 |
| **Total Hours** | | | | | |
| **Gross Earnings** | | | 500.00 | 1120.00 | 33180.00 |
| **Total Hrs Worked** | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 31.00 | 2057.16 |
| Medicare | | 7.25 | 481.11 |
| Fed Income Tax | S 0 | 18.33 | 3977.75 |
| PA Income Tax | | 15.35 | 1018.57 |
| PA Unemploy | | 0.30 | 20.02 |
| PA LBENB-Buc L | | | 52.00 |
| PA PHILA-Phi Inc | | 19.36 | 1287.35 |
| **TOTAL** | | **91.59** | **8893.96** |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 408.41 | 24286.04 |

0025 1300-2127  AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA  19020 • (215) 245-5055

*Payrolls by Paychex, Inc.*

## PERSONAL AND CHECK INFORMATION

Julio M Garcia
908 E Sunger St
Philadelphia, PA  19124
Soc Sec #: xxx-xx-xxxx    Employee ID: 23
Home Department: 100 Pennsylvania

Pay Period: 07/05/19 to 07/11/19
Check Date: 07/15/19    Check #: 16529

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 767.22 | 23877.63 |
| **NET PAY** | **767.22** | **23877.63** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 32.00 | 14.0000 | 448.00 | 1088.00 | 15232.00 |
| Salary | | | 500.00 | | 14000.00 |
| Bonus | | | | | 3000.00 |
| Holiday | 8.00 | 14.0000 | 112.00 | 32.00 | 448.00 |
| **Total Hours** | 40.00 | | | | |
| **Gross Earnings** | | | 1060.00 | 1120.00 | 32680.00 |
| Total Hrs Worked | 32.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 2026.16 |
| Medicare | | 15.37 | 473.86 |
| Fed Income Tax | S 0 | 137.48 | 3959.42 |
| PA Income Tax | | 32.54 | 1003.22 |
| PA Unemploy | | 0.64 | 19.72 |
| PA LBENB-Buc L | | | 52.00 |
| PA PHILA-Phi Inc | | 41.03 | 1267.99 |
| **TOTAL** | | **292.78** | **8802.37** |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **767.22** | **23877.63** |

0025 1300-2127 • AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA  19020 • (215) 245-5055

*Payrolls by Paychex, Inc.*

**PERSONAL AND CHECK INFORMATION**

Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx   Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 06/28/19 to 07/04/19
Check Date: 07/08/19   Check #: 16520

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 767.22 | 23110.41 |
| **NET PAY** | **767.22** | **23110.41** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 32.00 | 14.0000 | 448.00 | 1056.00 | 14784.00 |
| Salary | | | 500.00 | | 13500.00 |
| Bonus | | | | | 3000.00 |
| Holiday | 8.00 | 14.0000 | 112.00 | 24.00 | 336.00 |
| **Total Hours** | 40.00 | | | | |
| **Gross Earnings** | | | 1060.00 | 1080.00 | 31620.00 |
| **Total Hrs Worked** | 32.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 1960.44 |
| Medicare | | 15.37 | 458.49 |
| Fed Income Tax | S 0 | 137.48 | 3821.94 |
| PA Income Tax | | 32.54 | 970.68 |
| PA Unemploy | | 0.64 | 19.08 |
| PA LBENB-Buc L | | | 52.00 |
| PA PHILA-Phi Inc | | 41.03 | 1226.96 |
| **TOTAL** | | 292.78 | 8509.59 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 767.22 | 23110.41 |

**PERSONAL AND CHECK INFORMATION**

Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx  Employee ID: 23
Home Department: 100 Pennsylvania
Pay Period: 06/21/19 to 06/27/19
Check Date: 07/01/19  Check #: 16511

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 766.26 | 22343.19 |
| **NET PAY** | **766.26** | **22343.19** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 1024.00 | 14336.00 |
| Salary | | | | | 13000.00 |
| Bonus | | | 500.00 | | 3000.00 |
| Holiday | | | | 16.00 | 224.00 |
| **Total Hours** | 40.00 | | | 1040.00 | |
| **Gross Earnings** | | | 1060.00 | | 30560.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 1894.72 |
| Medicare | | 15.37 | 443.12 |
| Fed Income Tax | S 0 | 137.48 | 3684.46 |
| PA Income Tax | | 32.54 | 938.14 |
| PA Unemploy | | 0.64 | 18.44 |
| PA LBENB-Buc L | | 0.96 | 52.00 |
| PA PHILA-Phi Inc | | 41.03 | 1185.93 |
| **TOTAL** | | 293.74 | 8216.81 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 766.26 | 22343.19 |

0025 1300-2127  AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA 19020 • (215) 245-5055

*Payrolls by Paychex, Inc.*

## PERSONAL AND CHECK INFORMATION

Julio M Garcia
908 E Sunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx   Employee ID: 23

Home Department: 100 Pennsylvania

Pay Period: 06/07/19 to 06/13/19
Check Date: 06/17/19   Check #: 16493

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 766.11 | 20810.82 |
| **NET PAY** | **766.11** | **20810.82** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 944.00 | 13216.00 |
| Salary | | | 500.00 | | 12000.00 |
| Bonus | | | | | 3000.00 |
| Holiday | | | | 16.00 | 224.00 |
| **Total Hours** | 40.00 | | | | |
| **Gross Earnings** | | | 1060.00 | 960.00 | 28440.00 |
| Total Hrs Worked | 40.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 1763.28 |
| Medicare | | 15.37 | 412.38 |
| Fed Income Tax | S 0 | 137.48 | 3409.50 |
| PA Income Tax | | 32.54 | 873.06 |
| PA Unemploy | | 0.64 | 17.16 |
| PA LBENB-Buc L | | 1.00 | 50.04 |
| PA PHILA-Phi Inc | | 41.14 | 1103.76 |
| **TOTAL** | | 293.89 | 7629.18 |

**NET PAY**   THIS PERIOD ($)   766.11   YTD ($)   20810.82

0025 1300-2127  AFAB Industrial Services Inc • 350 Camer Drive • Bensalem PA 19020 • (215) 245-5055
Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**

Julio M Garcia
908 E Stunger St
Philadelphia, PA 19124
Soc Sec #: xxx-xx-xxxx   **Employee ID:** 23
**Home Department:** 100 Pennsylvania

**Pay Period:** 05/31/19 to 06/06/19
**Check Date:** 06/10/19   **Check #:** 16477

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 766.11 | 19640.68 |
| **NET PAY** | **766.11** | **19640.68** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 14.0000 | 560.00 | 904.00 | 12656.00 |
| Salary | | | 500.00 | | 11500.00 |
| Bonus | | | | | 2500.00 |
| Holiday | | | | 16.00 | 224.00 |
| **Total Hours** | 40.00 | | | 920.00 | |
| **Gross Earnings** | | | 1060.00 | | 26880.00 |
| Total Hrs Worked | 40.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 65.72 | 1666.56 |
| Medicare | | 15.37 | 389.76 |
| Fed Income Tax | S 0 | 137.48 | 3253.69 |
| PA Income Tax | | 32.54 | 825.17 |
| PA Unemploy | | 0.64 | 16.22 |
| PA LBENB-Buc L | | 1.00 | 44.70 |
| PA PHILA-Phi Inc | | 41.14 | 1043.22 |
| **TOTAL** | | **293.89** | **7239.32** |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 766.11 | 19640.68 |

0025 1300-2127   AFAB Industrial Services Inc • 350 Carner Drive • Bensalem PA 19020 • (215) 245-5055
Payrolls by Paychex, Inc.