# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Julio M. Garcia<br>　　　　　　　　　Debtor<br><br>Toyota Motor Credit Corporation<br>　　　　　　　　　Movant<br>　　　vs.<br><br>Julio M. Garcia<br>　　　　　　　　　Debtor<br><br>Maritza F. Garcia<br><br>　　　　　　　　　<u>Co-Debtor</u><br><br>William C. Miller Esq.<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-13610 MDC<br><br><br><br>11 U.S.C. Sections 362 and 1301 (c) |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Stipulation of Toyota Motor Credit Corporation, which was filed with the Court on or about December 2, 2019 (Document No. 33). It was linked to the incorrect Creditor and will be re-filed.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　216-627-1322

December 3, 2019