# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13610-MDC

JULIO M GARCIA

908 SANGER STREET

PHILADELPHIA, PA 19104-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JULIO M GARCIA

908 SANGER STREET

PHILADELPHIA, PA 19104-

Counsel for debtor(s), by electronic notice only.

PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Date: 1/10/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee