## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Julio M. Garcia | |
| Debtor(s) | |
| | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns | |
| Movant | |
| vs. | |
| | NO. 19-13610 MDC |
| Julio M. Garcia | |
| Debtor(s) | |
| William C. Miller Esq. | |
| Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE

AGENCY, which was filed with the Court on or about **August 21, 2019, docket number 19**.

Respectfully submitted,


By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant


February 20, 2020