## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 19-13610-MDC

JULIO M GARCIA., JR.

908 SANGER STREET

PHILADELPHIA, PA 19104-

      Debtor

### **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JULIO M GARCIA., JR.

    908 SANGER STREET

    PHILADELPHIA, PA 19104-

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

Date: 7/21/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee