# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**    **JULIO GARCIA**            :    **CHAPTER 13**

                                                 :

   **Debtor(s)**                         :    **BANKRUPTCY NO. 19-13610**

## ORDER

AND NOW, this   3rd   day of   November  , 2020, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be allowed to Modify the Amended Plan by filing a Second Amended Plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE