United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13610-mdc |
| Julio M. Garcia, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 29, 2022 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julio M. Garcia, Jr., 908 Sanger Street, Philadelphia, PA 19124-1034 |
| 14343371 | + | Pennsylvania Housing Finance Agency, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14392614 | + | Toyota Motor Credit Corporation, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 30 2022 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2022 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14355446 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 30 2022 00:01:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14448806 | | Email/Text: megan.harper@phila.gov | Dec 30 2022 00:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14432603 | | Email/Text: megan.harper@phila.gov | Dec 30 2022 00:01:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14336540 | | Email/Text: megan.harper@phila.gov | Dec 30 2022 00:01:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14336542 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2022 00:01:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14336541 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2022 00:01:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14336543 | | Email/Text: blegal@phfa.org | Dec 30 2022 00:01:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14336544 | + | Email/Text: blegal@phfa.org | Dec 30 2022 00:01:00 | Pennsylvania Housing Finance Agency, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14362072 | + | Email/Text: blegal@phfa.org | Dec 30 2022 00:01:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14341640 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 30 2022 00:06:48 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| | | | |
|---|---|---|---|
| 14336545 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 30 2022 00:01:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 14336546 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 30 2022 00:01:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 14360124 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 30 2022 00:01:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14588560 | Email/PDF: bncnotices@becket-lee.com | Dec 30 2022 00:17:04 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

LEON P. HALLER
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

PAUL H. YOUNG
on behalf of Debtor Julio M. Garcia Jr. support@ymalaw.com, ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                           ) Case No. **19-13610**
                                                                 ) Chap. **13**
                                                                 )
Julio M. Garcia, Jr.,                                            )
                                                                 )
            Debtor                                               )
                                                                 )
                                                                 )
                                                                 )

## ORDER

**AND NOW**, this 29th day of December 2022, upon consideration of Debtor's Motion to Reconsider the Dismissal of this Chapter 13 Case, it is hereby **ORDERED** and **DECREED** that the Order of Dismissal dated February 6, 2018 is hereby **VACATED** and the above case is **REOPENED.** The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.


BY THE COURT:

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE