# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 19-13610-MDC

JULIO M GARCIA., JR.

908 SANGER STREET

PHILADELPHIA, PA 19104-

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JULIO M GARCIA., JR.

908 SANGER STREET

PHILADELPHIA, PA 19104-

Counsel for debtor(s), by electronic notice only.

PAUL H YOUNG, ESQ
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020-

/S/ Kenneth E. West

Date: 8/15/2023

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee