*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Julio M. Garcia, Jr.
    Debtor(s)

Case No: 19–13610–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor Julio M. Garcia's Objection to Certification of Default of Stipulation Terms Filed by MARK A. CRONIN on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY

    on: 11/21/23

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 10/27/23

For The Court

Timothy B. McGrath
Clerk of Court

117 – 116
Form 167