*Form 263* (3/24)–doc 139

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|     Julio M. Garcia Jr. ) | Case No. 19–13610–amc |
| ) | |
| ) | |
| Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

This matter is reassigned to the calendar of the Honorable Ashely M. Chan from the calendar of the Honorable Magdeline D. Coleman.

Date: May 13, 2024                                                        For The Court

                                                         Timothy B. McGrath
                                                         Clerk of Court