## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INRE:                                                              CHAPTER 13

JULIO M. GARCIA, JR.                                    Case No. 19-13610amc

### ORDER

AND NOW, this 21st day of June, 2024, upon consideration of the Debtor's Motion to Reconsider the Court Order dated April 25, 2024, which overruled Movant's s Objection to the amended Proof of Claim filed by Toyota Motor Credit Corporation; Proof of Claim No. 3, it is hereby:

ORDERED AND DECREED that Debtor's Motion to Reconsider the court Order dated April 25, 2024, is DENIED for the reasons stated on the record.

BY THE COURT:

Ashely M. Chan
Chief Judge, U.S. Bankruptcy Court