UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **JULIO GARCIA, JR.** | : | Case No. 19-13610 |
| | : | |
| Debtor(s). | : | |
| | : | |
| | : | |

---------------------------------X

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # 104)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 158**) is **APPROVED**.

Date: Sept. 6, 2024

_____
**U.S. Bankruptcy Judge**