United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 19-13610-amc

Julio M. Garcia, Jr.                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                                Page 1 of 2
Date Rcvd: Sep 06, 2024                     Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Julio M. Garcia, Jr., 908 Sanger Street, Philadelphia, PA 19124-1034 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2024                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com |

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: Sep 06, 2024

Form ID: pdf900

Total Noticed: 1

dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

PAUL H. YOUNG

on behalf of Debtor Julio M. Garcia  Jr. support@ymalaw.com,
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

In re                                                    :              Chapter 13

**JULIO  GARCIA, JR.**                  :              Case No. 19-13610

                                                         :

              Debtor(s).                          :

                                                         :

                                                         :

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

## O R D E R

    **AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan

**(Doc. # 104)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

    It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (**Doc. # 158)** is **APPROVED**.

**Date:** Sept. 6, 2024                                      _____
                                                                          **U.S. Bankruptcy Judge**