U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     JULIO M. GARCIA     :     CHAPTER 13
                               :     Debtor
                               :     BANKRUPTCY NO. 19-13610

PRAECIPE TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY

TO THE CLERK:

Kindly withdraw and dismiss the above Debtors' Chapter 13 bankruptcy.

___/s/ Julio M. Garcia_____
Debtor – Julio M. Garcia

ORDER

On this _____ day of _____, 20___, it is hereby ORDERED and DECREED that the above bankruptcy is withdrawn voluntarily by the Debtors and hereby DISMISSED.

_____
J.