# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JULIO M. GARCIA JR.    :    CHAPTER 13
                              :
      **Debtor**    :    NO. 19-13610

## CERTIFICATE OF SERVICE

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the Praecipe to Voluntarily Dismiss Case by regular mail to the addresses indicated below:

                                                      /s/ Paul H. Young
                                                      PAUL H. YOUNG, ESQUIRE
                                                      Attorney for Debtors

Dated: December 30, 2024

Trustee

U.S. Trustee's Office

All creditors on matrix

Debtor