United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-13610-amc
Julio M. Garcia, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jan 03, 2025      Form ID: pdf900      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julio M. Garcia, Jr., 908 Sanger Street, Philadelphia, PA 19124-1034 |
| 14343371 | + | Pennsylvania Housing Finance Agency, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14392614 | + | Toyota Motor Credit Corporation, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 03 2025 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 03 2025 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14355446 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 03 2025 23:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14448806 | | Email/Text: megan.harper@phila.gov | Jan 03 2025 23:43:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14432603 | | Email/Text: megan.harper@phila.gov | Jan 03 2025 23:43:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14336540 | | Email/Text: megan.harper@phila.gov | Jan 03 2025 23:43:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14336542 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 03 2025 23:43:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14336541 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 03 2025 23:43:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14336543 | | Email/Text: blegal@phfa.org | Jan 03 2025 23:43:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14336544 | + | Email/Text: blegal@phfa.org | Jan 03 2025 23:43:00 | Pennsylvania Housing Finance Agency, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14362072 | + | Email/Text: blegal@phfa.org | Jan 03 2025 23:43:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14341640 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 03 2025 23:40:17 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 03, 2025 | Form ID: pdf900 | Total Noticed: 19

| | | | | |
|---|---|---|---|---|
| 14336545 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 03 2025 23:43:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14336546 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 03 2025 23:43:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 14360124 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 03 2025 23:43:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14588560 | | Email/PDF: bncnotices@becket-lee.com | Jan 03 2025 23:41:23 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| PAUL H. YOUNG | on behalf of Debtor Julio M. Garcia  Jr. support@ymalaw.com, ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     JULIO M. GARCIA        :    CHAPTER 13
                                  :    Debtor
                                  :    BANKRUPTCY NO. 19-13610

PRAECIPE TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY

TO THE CLERK:

Kindly withdraw and dismiss the above Debtors' Chapter 13 bankruptcy.

___/s/ Julio M. Garcia_____
Debtor – Julio M. Garcia

ORDER

On this        day of                , 20___, it is hereby ORDERED and DECREED that the above bankruptcy is withdrawn voluntarily by the Debtors and hereby DISMISSED.

**Date: January 3, 2025**

_____
J.